No. 01–371. REVOCABLE INTER VIVOS TRUST OF MABEL MARIE GRIFFIN ET AL. *v.* GRIFFIN ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–380. KIM *v.* PACIFIC BELL. C. A. 9th Cir. Certiorari denied.

No. 01–384. BROWN ET AL. *v.* GILMORE, GOVERNOR OF VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 01–386. WINTERS *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 01–392. BRUNDIDGE *v.* BRUNDIDGE. Sup. Ct. Va. Certiorari denied.

No. 01–401. GILCHRIST *v.* SUPREME COURT OF ARIZONA ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–405. COLE *v.* DOC'S DRUGS, LTD. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 01–412. REIMAN *v.* DAVIS, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 01–414. TILLISON *v.* INVISIBLE, INC. Ct. App. Colo. Certiorari denied.

No. 01–438. CONSTANT *v.* PATENT AND TRADEMARK OFFICE BOARD OF PATENT APPEALS AND INTERFERENCES. C. A. Fed. Cir. Certiorari denied.

No. 01–442. RYLANDER, COMPTROLLER OF PUBLIC ACCOUNTS OF TEXAS, ET AL. *v.* DOW CHEMICAL CO. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 01–451. MCDONALD *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 01–454. PRICER *v.* MAGGIORE. C. A. 10th Cir. Certiorari denied.

No. 01–457. REACH *v.* ALLIEDSIGNAL, INC. C. A. 8th Cir. Certiorari denied.